No. 02–9251. RODRIGUEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–9260. RODRIGUEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9261. MARISCAL-FIGUEROA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9264. ST. REMY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9270. LEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9271. ABIOLA, AKA JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9272. BRADLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9274. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–9282. BANYAVONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9283. ZARAGOZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–9351. CHARLTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–9360. BINGHAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–9361. BRADLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–1112. EDWARD D. JONES & CO., L. P., DBA EDWARD JONES, ET AL. v. KLOSS. Sup. Ct. Mont. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–1136. BRECKENRIDGE ET UX. v. NATIONSBANK OF TEXAS, N. A. Ct. App. Tex., 6th Dist. Certiorari denied. JUS-